

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-16-2006

# In Re: Cesar Carmona

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-4190

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"In Re: Cesar Carmona " (2006). *2006 Decisions.* Paper 185.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/185

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-4190
_____

IN RE: CESAR CARMONA
Petitioner

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 05-cv-00022)
_____

Submitted Under Rule 21, Fed. R. App. P.
October 13,2006

Before: CHIEF JUDGE SCIRICA, WEIS and GARTH, CIRCUIT JUDGES

(Filed:  November 16, 2006 )
_____

OPINION
_____

PER CURIAM

        Pro se petitioner Cesar Carmona seeks a writ of mandamus to compel the United

States District Court for the Middle District of Pennsylvania to reach an immediate

decision on his petition for a writ of habeas corpus.

        Carmona filed his petition for a writ of habeas corpus on January 5,2005. On

March 17,2005, the Respondent filed his answer to Carmona's habeas petition. Carmona

then filed a traverse on March 29,2005. On September25,2006, Carmona filed the this

petition seeking a writ of mandamus.

On October 23,2006, the District Court entered an order denying Carmona's habeas petition. Because Carmona has now received the relief he sought in filing his mandamus petition -a ruling on his habeas corpus petition -we will deny his mandamus petition as moot.